AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

FILED
2016 JUN 14  AM 10: 49
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael A. Hagar | ) | Case No. 1:16 MJ 2113 |
| | ) | MAG. JUDGE McHARGH |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2, 2016__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 875(c) | Transmit in interstate/foreign commerce a communication containing a threat to injure |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Monica Hantz, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/14/16

_____
Judge's signature

City and state: Cleveland, Ohio

Kenneth S. McHargh, U.S. Magistrate Judge
Printed name and title